# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>    **Plaintiff/Garnishor,** )<br>  )<br>vs. )<br>  ) **Case No. CR-08-105-F**<br>**FREDERICK HARRISON,** )<br>    **Defendant,** )<br>  )<br>and )<br>  )<br>**ASSOCIATED WHOLESALE GROCERS,** )<br>**and its successors or assigns,** )<br>    **Garnishee.** ) | |

## ORDER FOR DISPOSITION OF GARNISHED FUNDS

The United States of America caused a Writ of Garnishment to be issued to Associated Wholesale Grocers on August 4, 2008 (Doc.7). On August 12, 2008, Garnishee filed an Answer (Doc.11). A review of the court record demonstrates that no objection or request for a hearing has been filed by Defendant.

Garnishee is ordered to disburse all non-exempt monies and property of Defendant withheld since the date of service of the Writ and make all future payments and monies withheld under the continuing Writ payable to the **U.S. District Court Clerk, 333 W. 4th Street, Room 411, Tulsa, OK  74103.**

IT IS SO ORDERED this 25th day of September, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0105p003.PO.wpd